IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

**Granted.**
9:46 AM, Jan 19, 2022

*Karen L. Litkovitz*
United States Magistrate Judge

| | | |
|---|---|---|
| TALESHA CARGILE, | : | |
| Plaintiff, | : | CIVIL ACTION NO.: 1: 21-CV-00439-MRB-KLL |
| v. | : | |
| DOMINION LIQUID TECHNOLOGIES, LLC | : | MOTION TO DISMISS |
| | : | |
| Defendant, | | |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF ACTION

Now comes Plaintiff, Talesha D. Cargile, by and through counsel, and moves to voluntarily dismiss the above captioned civil action pursuant to FRCP 41(a)(1)(A)(ii). The parties reached a negotiated settlement of the matter which has been duly executed and enforced.

This 18th day of January, 2022

/S/ Kenneth Wilson

Kenneth Wilson
Counsel for Plaintiff
OH Sup. Ct No.: 0063486
5754 Nahant Avenue
Cincinnati, Ohio 45224

        (Tel: 205 529-8689)
        (Fax: 513 440-1991)
        Legbone1983@gmail.com

## Certificate of Service

I hereby certify that a copy of the foregoing Plaintiff's Voluntary Dismissal of Action was served upon counsel for Defendant *via* the Court ECF system on this date, January 18, 2022.

        /S/ Kenneth Wilson

        Kenneth Wilson
        Counsel for Plaintiff